**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Jose HERNANDEZ, Defendant–Appellant.**

**No. 05–40505.**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Dec. 14, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Juan Jose Hernandez (Hernandez) pleaded guilty to possession with intent to distribute more than 100 kilograms of marijuana and was sentenced to 60 months of imprisonment and a five-year term of supervised release. Hernandez argues for the first time on appeal that the provisions found in 21 U.S.C. § 841(a) and (b) are unconstitutional under *Apprendi v. New*

---

*Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As he concedes, this issue is foreclosed. *See United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir. 2000). Therefore, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.